No. 88–517. CITY OF GALVESTON, TEXAS, ACTING BY AND THROUGH THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES, ET AL. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pittsburgh &*

*Lake Erie R. Co.* v. *Railway Labor Executives' Assn.*, 491 U. S. 490 (1989).